UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FUN GUYS, LLC, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) |
| FRED, *et al*, | ) ) Case No. 1:17-cv-656-WTL-DML |
| *Defendants.* | ) ) ) |

## ORDER OF REFERENCE

Based on the written consents of the parties, this action is now referred to the assigned United States Magistrate Judge to conduct all proceedings and order the entry of judgment, in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

PLEASE USE ALTERED CASE NO. **1:17-cv-656-DML-WTL** ON ALL FUTURE FILINGS WITH THIS COURT.

Date: 3/15/17

*[signature: William T Lawrence]*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification