**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

FUN GUYS, LLC,

     Plaintiff,

     v.

R. DAVID FRED, WINTERLAND,
INC. and DAVID FRED DEVELOPMENT
CORP.,

     Defendants.

Case No. 1:17-cv-00656-WTL-DML

**<u>AGREED JUDGMENT ON CONSENT</u>**

On the joint motion of the parties, and the Court having been fully advised in the premises, it is hereby ORDERED as follows:

1.      The January 26, 2017 Mutual Rescission and Release Agreement attached as Exhibit 2 to the Verified Complaint, together with those certain emails attached as Exhibits 3 and 4 to the Verified Complaint, constitute a final, binding and enforceable contract between plaintiff and the defendants that remains in full force and effect.  There was a meeting of the minds on the terms of that Agreement and consideration was exchanged for the promises made on both sides.

2.      The document attached as Exhibit 6 to the Verified Complaint, is not a valid, binding or enforceable contract.  There is no non-competition agreement between the parties.  Furthermore, the purported non-competition agreement contained in Exhibit 6 is invalid and unenforceable.

3.      Plaintiff will not seek and hereby waives any claim for attorneys' fees or damages from any defendant in connection with this litigation.  Each side is to bear its own costs.

4. Judgment IS HEREBY entered in favor of Plaintiff.

SO ORDERED: March 15, 2017

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

AGREED:

Fun Guys, LLC by

  /s/Michael L. Schultz
Michael L. Schultz, one of its attorneys

Winterland, Inc., David Fred Development
Co., R. David Fred by

  /s/Lance Wonderlin (with permission)
Lance Wonderlin, one of their attorneys

746212